July 3, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PAULA COLLINS, Appellant

NO. 14-13-00533-CV                    V.

CITY OF HOUSTON, TEXAS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, City of Houston, Texas, signed May 22, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings consistent with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, City of Houston, Texas.

We further order this decision certified below for observance.